

# United States District Court
# Eastern District of California

Sergei Ovcharenko

Plaintiff(s)

V.

Kristi Noem: Pamela Bondi: Ernesto Santa; Warden

Defendant(s)

Case Number: 1:26-cv-01346-JLT-SKO

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Maria Karimova hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Sergei Ovcharenko

On 05/03/2019 (date), I was admitted to practice and presently in good standing in the Texas (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/16/2026

Signature of Applicant: /s/ _____

U.S. District Court – Pro Hac Vice Application
Revised July 6, 2021

Page 1

**Pro Hac Vice Attorney**

Applicant's Name: Maria Karimova

Law Firm Name: Karimova Romanyuk Law Firm PLLC

Address: 12932 S 152nd East Ave

City: Broken Arrow     State: OK     Zip: 74011

Phone Number w/Area Code: (918) 986-3666

City and State of Residence: Broken Arrow, OK

Primary E-mail Address: karimovalaw@gmail.com

Secondary E-mail Address: karimova.maria@yahoo.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Mariana L. Hanna

Law Firm Name: Law Offices of Mariana L. Hanna

Address: 402 West Broadway, Suite 1730

City: San Diego     State: CA     Zip: 92101

Phone Number w/Area Code: (619)234-3635     Bar # 230127

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/18/26

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT